UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | Judge Beckwith |
| Plaintiff, | Magistrate Judge Hogan |
| vs. | Case No. C-1-01-486 |
| CINCINNATI REDS, a limited partnership, | |
| Defendant. | |

## JOINT STATUS REPORT

Plaintiff United States of America and defendant Cincinnati Reds, by their undersigned attorneys, make this joint status report pursuant to this Court's Order dated November 26, 2001. The parties described the status of settlement negotiations in their Joint Motion to Stay Proceedings Pending Settlement, filed November 20, 2001, and in their monthly Joint Status Reports thereafter.

On February 15, 2005, the Government accepted and signed the formal settlement offer the Clubs had submitted on October 21, 2004. The settlement will resolve not just this lawsuit, but lawsuits in 16 courts involving 17 different Major League Baseball Clubs (all of which are stayed pending settlement). The settlement will also resolve several times that many administrative claims for refunds, and certain related matters.

The agreement calls for the Government to move for dismissal of this action following receipt of repayment of an agreed portion of the alleged erroneous refund. This

{W0390542.1}

repayment is being processed. Until the repayment can be made and the motion for dismissal can be filed, the parties jointly ask the Court to make no change in the November 26, 2001 Order staying proceedings.

Dated: March 1, 2005

**TAFT, STETTINIUS & HOLLISTER LLP**

/s/ R. Joseph Parker
R. Joseph Parker
425 Walnut Street
Suite 1800
Cincinnati, Ohio 45202-3957
Telephone: (513) 357-9344

Attorneys for Defendant
Cincinnati Reds

Dated: March 1, 2005

**UNITED STATES OF AMERICA**

GREGORY G. LOCKHART
United States Attorney

JAN HOLTZMAN
Assistant United States Attorney

/s/ Alejandro L. Bertoldo
Alejandro L. Bertoldo
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6019

Attorneys for Plaintiff
United States of America

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of March, 2005, I caused a copy of the foregoing document to be sent to Alejandro L. Bertoldo, Trial Attorney, Tax Division, U.S. Department of Justice, P.O. Box 55, Ben Franklin Station, Washington, D.C. 20044 by electronic mail.

/s/ R. Joseph Parker