UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

CINCINNATI REDS, a limited partnership,

                Defendant.

Judge Beckwith
Magistrate Judge Hogan

Case No. C-1-01-486

## JOINT STATUS REPORT

Plaintiff United States of America and defendant Cincinnati Reds, by their undersigned attorneys, make this joint status report pursuant to this Court's Order dated November 26, 2001. The parties described the status of settlement negotiations in their Joint Motion to Stay Proceedings Pending Settlement, filed November 20, 2001, and in their monthly Joint Status Reports thereafter.

As noted in the last status report, on February 15, 2005, the Government accepted and signed the formal settlement offer submitted on behalf of the Cincinnati Reds and the other Major League Baseball Clubs on October 21, 2004. The settlement agreement calls for the Government to move for dismissal of this action following receipt of repayment of an agreed portion of the alleged erroneous refund. Delivery of the repayment check on behalf of the Cincinnati Reds is expected early this month (April 2005). The Government's motion for dismissal is therefore expected shortly. Until the repayment can be made and the motion for dismissal can be filed, the parties jointly ask the Court to make no change in the November 26, 2001 Order staying proceedings.

Dated: April 1, 2005

**TAFT, STETTINIUS & HOLLISTER LLP**

_____
R. Joseph Parker
425 Walnut Street
Suite 1800
Cincinnati, Ohio 45202-3957
Telephone: (513) 357-9344

Attorneys for Defendant
Cincinnati Reds

Dated: April 1, 2005

**UNITED STATES OF AMERICA**

GREGORY G. LOCKHART
United States Attorney

JAN HOLTZMAN
Assistant United States Attorney

_____
Alejandro L. Bertoldo
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6019

Attorneys for Plaintiff
United States of America

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of April, 2005, I caused a copy of the foregoing document to be sent to Alejandro L. Bertoldo, Trial Attorney, Tax Division, U.S. Department of Justice, P.O. Box 55, Ben Franklin Station, Washington, D.C. 20044 by electronic mail.

/s/ R. Joseph Parker

{W0409820.1}