UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,
    Plaintiff

v.                            Case No. 1:01-cv-486

Cincinnati Reds,
    Defendant

## ORDER

    This matter is before the Court on the parties' Joint Status Report filed April 1, 2005 (Doc. 43). The parties indicate that the Government accepted a settlement offer which requires them to move for dismissal of this action, following receipt of repayment of an agreed portion of the alleged erroneous refund expected in early April 2005. The parties also request that no changes be made to the Order staying the case dated November 26, 2001.

    Therefore, the parties' request that no changes be made to this Court's Order of November 26, 2001 is **GRANTED**, contingent upon the Government's filing of a Notice of Dismissal of this action no later than April 29, 2005. **No further extensions will be permitted**.

    **SO ORDERED**.

Date: April 5, 2005                           s/Sandra S. Beckwith
                                              Sandra S. Beckwith, Chief Judge
                                              United States District Court