UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

                        Plaintiff,

vs.

CINCINNATI REDS, a limited partnership,

                        Defendant.

Judge Beckwith
Magistrate Judge Hogan

Case No. C-1-01-486

## STIPULATION FOR DISMISSAL

It is hereby stipulated and agreed that the complaint in the above-entitled case be dismissed with prejudice, the parties to bear their respective costs, including any possible expenses of litigation.

Respectfully submitted,

GREGORY G. LOCKHART
United States Attorney

/s/ Alejandro L. Bertoldo
ALEJANDRO L. BERTOLDO
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Washington, DC 20044
Telephone: (202) 307-6019
E-mail: Alejandro.L.Bertoldo@usdoj.gov

{W0430547.1}

## CERTIFICATE OF SERVICE

It is hereby certified that the undersigned caused the attached *Stipulation for Dismissal* to be electronically filed with the District Court for the Southern District of Ohio on this 2nd day of May, 2005, with service to be made by the Court's electronic filing system on counsel for the defendant.

/s/ Alejandro L. Bertoldo
ALEJANDRO L. BERTOLDO
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Washington, DC 20044
Telephone: (202) 307-6019
E-mail: Alejandro.L.Bertoldo@usdoj.gov

{W0430547.1}

2